United States District Court
Eastern District of Wisconsin

Attachment 1
Complaint Form 19-C-1236

Edith M. May.
Plaintiff

Department of Corrections, Taycheedah Correctional Institution

Case #

2019 AUG 26 P 2 45
STEPHEN C. DRIES
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

A) Parties

1) Plaintiff is a citizen of Wisconsin and is located at:

Taycheedah Correctional Institution

Edith M. May
454722
P.O. Box 3100
Fond du Lac, WI
54936

Defendent(s):

(if a person) ~~resides at~~ or private corporation)
a citizen of Wisconsin
(state, if known)
and (if a person) resides at
(address, if known)
and (if the defendant harmed you in any way
while doing the defendants job

FOR LEGAL PURPOSES ONLY

454722

FOR LEGAL PURPOSES ONLY

(if you need to list more defendants, use
another piece of paper)

B. Statement of claim -
In the space provided on the following
pages; tell:

1) who violated your rights:
2) what each defendant did:
3) when they did it -
4) where it happened; and,
5) why they did it, if you ~~know~~ know.

- on back -

United States District Court
Eastern District of Wisconsin

Edith M. May
    Plaintiff,
v.
Department of corrections
Taycheedah Correctional Institution
    Defendants.

## Statement of Case

1. Plaintiff is indigent.
2. Plaintiff sues .01¢ to .35¢ paid every 2 weeks
3. Plaintiff can not afford hygiene
4. Plaintiff can not afford to pay for legal loan when state is to give stamps, copies, paper & pen for free.
5. Plaintiff wants already paid payment reimburst. because state is to give medical for free. not through legal loans.
6. Plaintiff is suing for Incarcerated Inmate funds to pay for legal loan —
7. Illegal policy + procedure for indigent

inmates for Stamps - paper - pens , postage for legal and letters.

8. Plantiff is suing in official Capacity for both defendants in the amount of $5000.⁰⁰ Dollars.

9. Plantiff is suing for Punitive damages from both defendants in their official Capacity for the amount of $5000.⁰⁰ dollars.

I declare under Penalty of Perjury that the foregoing is true and correct.

Dated this        day of           2019

Respectfully Submitted ,
Edith M May 454728
TCI
PO Box 3100
Fond du Lac, WI
    54936

C. Jurisdiction

I am suing for a violation of Federal Law 28 USC § 1331

I am suing under state law. The State Citizenship of the plantiff is different from the State Citizenship of every defendant and the amount of money at stake in this case (not counting interest and costs is:
$

D. Relief Wanted

Describe what you want the court to do for you, if you win your law suit. Example may include an award of money or a order telling the defendant to do something or to stop doing something.:

Decide by Jury

United States District Court
Eastern District of Wisconsin

Edith M May,
Plaintiff / Petitioner

v.

Department of Corrections, Taycheedah
Defendant / Respondent,          Correctional
                                 Institution

E. Jury Demand

X Jury Demand - I want a jury to hear my
C-19-1722
~~For Legal Purposes Only~~ - I want a Judge to hear my case

I declare under penalty of perjury that the
foregoing is true and correct

Complaint signed this ___ day of ___ 2019
Respectfully Submitted
Edith M May 454720
TCI PO Box 3100
Fond du Lac WI 54936